UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No: 08-10-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| DAVID C. THOMAS, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Report and Recommendation [R. 94] filed by United States Magistrate Judge Edward B. Atkins.  The Report and Recommendation addresses the action brought by the Defendant, David C. Thomas, pursuant to 28 U.S.C. § 2255 seeking to vacate, set aside, or correct his sentence. [R. 83.]  Therein he recommends that his motion be denied. [R. 94.]  Also, the Report and Recommendation advises the parties that any objections must be filed within fourteen (14) days of service. [*Id.*]  As of this date, neither party has filed objections or extensions of time to file objections and the time for doing so has passed. [*See id.*]

Generally, this Court must make a *de novo* determination of those portions of the Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c).  When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985).  Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

Nevertheless, this Court has examined the record, and agrees with the Magistrate Judge's Report and Recommendation. Accordingly, the Court being sufficiently and otherwise advised, it is hereby **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation [R. 94] is **ADOPTED** as the opinion of this Court; and

(2) Thomas' Motion pursuant to 28 U.S.C. § 2255 seeking to vacate, set aside, or correct his sentence [R. 83] is **DENIED**.

This 3rd day of May, 2012.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge